AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 1:22-mj-22
INFORMATION ASSOCIATED WITH FACEBOOK )
ACCOUNTS OF INDIVIDUALS INVOLVED IN NEW )
TOWN HOMICIDE )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Exhibit A, incorporated herein

located in the _____ District of ___North Dakota___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Exhibit B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1111 | Second Degree Murder |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Eric Eccleston, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 7, 2022

_____
*Judge's signature*

City and state: Bismarck, North Dakota       Hon. Clare R. Hochhalter, U.S. Magistrate Judge
*Printed name and title*