## Attachment A

### Property to Be Searched

The digital files, downloaded by Special Agent Randy Larkin from the Facebook Law Enforcement Enterprise Portal on December 14, 2021, and currently in the possession of the Federal Bureau of Investigation, containing the content of the Facebook Accounts associated with FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370.

The digital files contain all information supplied by Facebook for these user accounts as directed by the Court's previous search warrant, which requested production of:

a. All backup storage content, stored content, and preserved content for accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370;

b. All records of activity associated with accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370, from August 1, 2021, 00:00 U.T.C through PRESENT DATE AND TIME. ("the specified date and time range"), including in- and out-bound Internet Protocol (IP) addresses, activity times and dates, header

information; all records to include full content of any communications including but not limited to Facebook, Inc.'s Messenger application ("Facebook, Inc. Messenger") communications, including but not limited to photographs and textual communications, sent to or received by accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370, for the specified date and time range;

  c. All records or other information regarding the identification of the accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370, to include:  full name, physical address, telephone numbers and other identifiers; the dates on which accounts were created and deleted;

  d. The IP address(es) associated to the creation and registration of the accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370; E-mail addresses provided during registration of the accounts;

  e. All identification numbers (such as but not limited to IMSIs, IMEIs, MAC addresses, FCC IDs, and serial numbers) associated the devices used to connect to, log in to the accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129,

KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370 and the associated Facebook, Inc. Messenger functions for the specified date and time range;

   f.   Accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370 Facebook, Inc. Messenger connection logs for the specified date and time range;

   g.   For accounts FRANK.GALLAHGER.946, 100005684403724, DARLA.RENCOUNTRE.3, DARLA.RENCOUNTRE, KENNY.GRADY.961, KENNY.GRADY.129, KENNY.GRADY.792, LYNN.RIOS.56, TAYLOR.DAYNE.71216, JUNES49, and BRANDON.BURDICK.370 all identification numbers (such as but not limited to IMSIs, IMEIs, MAC addresses, FCC IDs, and serial numbers) associated to all Facebook, Inc. Messenger communications sent by or received by the accounts for the specified date and time range.