## Attachment B

## Particular Things to be Seized

1. All records and information in the digital files described in Attachment A that relate to violations of 18 U.S.C. §§ 1112(a) (Voluntary Manslaughter), 1111 (Second Degree Murder), and 1153, including:

    a. The commission of Assault, Voluntary Manslaughter, and/or Murder.

2. Records or communications revealing threating communications and/or expressions of intent or motivations.

3. Records or communications revealing discussions of criminal activity and/or admissions of guilt.

4. Records and communications discussing the concealment of evidence.

5. Video recordings and photographs of the assault or the state of those involved in the assault or the scene where the assault occurred before and after the assault.

6. Evidence of user attribution showing who used or owned the Facebook accounts during the specified period;

7. Evidence indicating how and when the Facebook accounts were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner (location information);

8. Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

9. The identity of the person(s) who created or used the Facebook Accounts listed in Attachment A, including records that help reveal the whereabouts of such person(s); and

10. The identity of the person(s) who communicated with the user ID, about the assault.